IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AARON DAVA HARRIS,
        Petitioner,

vs.                                                Case No.:  3:11cv471/RV/EMT

SECRETARY, DEP'T OF CORR.,
        Respondent.
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 5, 2012 (doc. 42).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and the timely filed objection thereto (doc. 44), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.        The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.        The petition for writ of habeas corpus (doc. 1) is **DENIED**.

3.        A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 20th day of November, 2012.


/s/ *Roger Vinson*_____
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**